# EDWARD C. GREENBERG, LLC

COUNSELORS AT LAW
570 LEXINGTON AVENUE, 19TH FLOOR
NEW YORK, NY  10022
TELEPHONE: (212) 697-8777
FACSIMILE: (212) 697-2528

Edward C. Greenberg*
ecglaw@gmail.com

Tamara L. Fitzgerald*†
tl.ecglaw@gmail.com

[x]   IF BY MAIL, RESPOND TO:
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY  10601

July 8, 2020

**VIA ELECTRONIC FILING**
Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 12A
New York, New York 10007

Re:  *David Oppenheimer v. UphoricTV LLC*
Index:  19-CV-4551 (LAP)

Your Honor,

We represent the plaintiff, David Oppenheimer.  Counsel for defendant, UphoricTV, LLC, is copied on and has approved the contents of this letter.

We write to inform the Court that the parties have reached a settlement in principal and are currently in the process of fine tuning a written settlement agreement.  We respectfully request that the court issue a Notice of Dismissal with 30 days to reopen the matter.  While we do not anticipate there being any problems with effectuating the settlement within 30 days, we will let the court know if any such issues arise.

In addition, based on the parties' settlement agreement in principle, the parties jointly and respectfully request that the court conference, currently scheduled for July 13, 2020, and all present discovery deadlines, be adjourned *sine die*.  The Court's courtesies are appreciated.

Respectfully,

s/Edward C. Greenberg
Edward C. Greenberg

Cc. Via Email
Raymond J. Markovich, Esq.
Counsel for Defendant

*admitted in New York
†admitted in New Jersey

---

The Clerk of the Court is directed to mark this action closed, subject to reopening in 30 days if the settlement is not effected, and all pending motions denied as moot.
SO ORDERED.

Dated: July 9, 2020

_____
LORETTA A. PRESKA, U.S.D.J.